PER CURIAM.

(No. 74-CC-207—Claimant )

SUSAN G. PIERSON, Special Assistant Attorney General, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed December 26, 1973.*

SUSAN G. PIERSON, Special Assistant Attorney General, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.